# Third District Court of Appeal

## State of Florida

Opinion filed March 27, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2018
Lower Tribunal No. F94-25867
_____


**Pedro Rodriguez,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Pedro Rodriguez, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, C.J., and EMAS and SCALES, JJ.

PER CURIAM.

Affirmed.